**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WILLIAM LEE CHAPMAN**                                                                 **PLAINTIFF**

**VS.**                                          **1:15-CV-00120-BRW**

**CAROLYN COLVIN,**
**Acting Commissioner of the Social**
**Security Administration**                                                              **DEFENDANT**

## ORDER

Defendant's Unopposed Motion to Reverse and Remand, pursuant to "sentence four" of 42 U.S.C. § 405(g) (to allow the ALJ to further evaluate the evidence) (Doc. No. 16) is GRANTED. Accordingly, this case is reversed and remanded for further administrative action.

This dismissal is without prejudice to Plaintiff's subsequent filing for attorneys' fees under the Equal Access to Justice Act.

IT IS SO ORDERED this 9th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE