**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**WILLIAM LEE CHAPMAN**                                                                              **PLAINTIFF**

**VS.**                                              **1:15-CV-00120-BRW**

**CAROLYN COLVIN,**
**Acting Commissioner of the Social**
**Security Administration**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is REVERSED and REMANDED to the Commissioner of the Social Security Administration under "sentence four" of 42 U.S.C. § 405(g) (to allow the ALJ to further evaluate the evidence).

IT IS SO ORDERED this 9th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE